UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80922-CIV-ALTMAN/Reinhart

HOWARD COHAN,

     *Plaintiff*,

v.

BROOKWOOD PROPERTIES SUBSIDIARY,
LLC,

     *Defendant*.

_____/

## ORDER

The parties filed a Joint Notice of Settlement [ECF No. 20]. Accordingly, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to

   file a stipulation of dismissal by **September 4, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to

   reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are

   **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of July 2021.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record