**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**21-80922-CIV-ALTMAN/REINHART**

**HOWARD COHAN,**

        **Plaintiff,**

**v.**

**BROOKWOOD PROPERTIES SUBSIDIARY,**
**LLC, A Foreign Limited Liability Company,**
**d/b/a IBERIA BANK,**

        **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE

Plaintiff, Howard Cohan, and Defendant, Brookwood Properties Subsidiary, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the instant action *with prejudice*, with each party to bear his/its own attorneys' fees and costs.

Dated:  September 2, 2021

Respectfully submitted,

*s/ Gregory S. Sconzo*_____
Gregory S. Sconzo, Esq.
Florida Bar No. 0105553
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Samantha L. Simpson, Esq.
Florida Bar No. 1010423
Email: samantha@sconzolawoffice.com
SCONZO LAW OFFICE, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

**ATTORNEY FOR PLAINTIFF**

*s/ Meagan L. Martin*_____
Meagan L. Martin, Esq.
Florida Bar No. 089657
E-mail: mmartin@bakerlaw.com
E-mail: dquick@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile:  (407) 841-0168

**ATTORNEY FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 2, 2021, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

Gregory S. Sconzo, Esq.
Samantha L. Simpson, Esq.
SCONZO LAW OFFICE, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Primary Email: greg@sconzolawoffice.com
Primary Email: samantha@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Meagan L. Martin*
Meagan L. Martin

4824-7496-2169.1